# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACK GOUDSWAARD,<br><br>Defendant. | **ORDER AUTHORIZING FORCED FEEDING OF INMATE**<br><br>Case No. 2:21-cr-527-HCN-1<br><br>Howard C. Nielson, Jr. United States District Judge |

The Court, having considered the United States' Expedited Motion for Order Authorizing Forced Feeding of Inmate, and good cause appearing,[1] hereby

**ORDERS:**

That the medical staff at Davis County Jail is authorized to feed defendant Jack Goudswaard with a feeding tube, and/or administer IV fluids, even against his will, to maintain his life and health.

Dated this 9th Day of February, 2024
BY THE COURT:

_____
Howard C. Nielson, Jr.
United States District Judge

---

[1] The Federal Courts of Appeals have repeatedly concluded that prison officials may compel prisoners to accept food and water if necessary to preserve their life or health. *See, e.g.*, *Aamer v. Obama*, 742 F.3d 1023, 1038–42 (D.C. Cir. 2014); *Freeman v. Berge*, 441 F.3d 543, 546–57 (7th Cir. 2006); *Grand Jury Subpoena John Doe v. United States*, 150 F.3d 170, 172 (2d Cir. 1998); *Martinez v. Turner*, 977 F.2d 421, 423 (8th Cir. 1992); *cf. Bird v. Martinez-Ellis*, No. 22-8012, 2022 WL 17973581 at *2–3 (10th Cir. Dec. 28, 2022); *Cummings v. Ellsworth Corr. Facility*, 511 F. App'x 808, 812 (10th Cir. 2013); *Lowry v. Honeycutt*, 211 F. App'x 709, 712 (10th Cir. 2007); *Davis v. Agosto*, 89 F. App'x 523, 528 (6th Cir. 2004).